THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARMINE LOUNGO, Appellant.

*Crimes — unlawful possession of drug — failure of proof of conscious possession.*

*People* v. *Loungo,* 220 App. Div. 828, reversed.

(Argued October 12, 1927, decided October 18, 1927.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1927, which affirmed a judgment of the Court of Special Sessions of the City of New York convicting the defendant of the crime of unlawful possession of a drug in violation of section 133 of the Sanitary Code.

Prepared by State Reporter from Appeal Papers

·, *John Caldwell Myers* and *John F. Keating* for appellant. *Joab H. Banton, District Attorney* (*Edwin B. McGuire* of counsel), for respondent.

Judgment of Appellate Division and that of Special Sessions reversed and defendant discharged on ground that there was a failure of proof of conscious possession of a prohibited drug.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.